BEFORE THE FIRST DIVISION, MARCH 21, 1962

No. 66591.—Charles C. Merzbach Co. et al. *v.* United States, protests 305199–K, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of "Faller Houses," etc., similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 C.C.P.A. 137, C.A.D. 746), the claim of the plaintiffs was sustained.

No. 66592.—Pez Haas, Inc. *v.* United States, protests 61/5221 and 61/7089 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of Pez candy dispensers the same in all material respects as those the subject of Abstract 65026, the claim of the plaintiff was sustained.

No. 66593.—Charles Garcia & Co., Inc. *v.* United States, protests 261253–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of fishing reels with two spools similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 C.C.P.A. 140, C.A.D. 780), the claim of the plaintiff was sustained.